IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES MILLER; CHARLES STAFFORD; DEQUAN RHODES, individually and on behalf of others similarly situated )
)
)
)
)
)
v. )
)
LEBANON GOLF & COUNTRY CLUB )

No. 3-14-1099

O R D E R

On September 5, 2014, the plaintiffs filed a motion for approval of 29 U.S.C § 216(b) notice and consent forms and to order disclosure of current and former employees (Docket Entry No. 12), in which the plaintiffs seek, inter alia, to authorize this case to proceed as a FLSA collective action.

In accord with the order entered June 24, 2014 (Docket Entry No. 8), the defendant shall have until October 6, 2014, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by October 20, 2014, if the response is filed on October 6, 2014.

No other filings in support of or in opposition to the plaintiffs' pending motion shall be made after October 20, 2014, except with the express permission of the Honorable Kevin H. Sharp.

By order entered July 24, 2014 (Docket Entry No. 11), Judge Nixon recused himself and the case was reassigned to Judge Sharp. All deadlines provided in the orders entered June 24, 2014 (Docket Entry Nos. 8-9), including the pretrial conference and trial dates, remain in place, except that any memorandum in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the plaintiff's motion and accompanying memorandum (Docket Entry Nos. 12-13), the defendant's response to be filed by October 6, 2014, and the plaintiffs' reply, if necessary, to be filed no later than October 20, 2014.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge